**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **MACROSOLVE, INC.,** | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | **CASE NO. 6:12-CV-743** |
| | § | |
| **AMERICAN EXPRESS COMPANY** | § | |
| Defendant. | § | |

## JOINT MOTION TO DISMISS AMERICAN EXPRESS COMPANY

Plaintiff MacroSolve, Inc. and Defendant American Express Company file this joint motion to dismiss with prejudice all claims and counterclaims made against each other in this action. Each party shall bear its own attorneys' fees and costs.  A proposed order is attached.

Dated: January 28, 2013                                                  Respectfully submitted,

/s/  Califf T. Cooper
Matthew J. Antonelli (lead counsel)
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Califf T. Cooper
Texas Bar No. 24055345
ANTONELLI, HARRINGTON &
THOMPSON LLP
4200 Montrose Blvd, Suite 430
Houston, TX 77006
(713) 581-3000
(713) 581-3020 fax

*Attorneys for Plaintiff MacroSolve, Inc.*

/s/ *Tonya M. Gray*
Tonya M. Gray
State Bar No. 24012726
tonyagray@andrewskurth.com
ANDREWS KURTH LLP
1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone: 214-659-4400
Telecopier: 214-659-4401

*Attorneys for Defendant*
*American Express Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of January, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Califf T. Cooper
Califf T. Cooper

## CERTIFICATE OF CONFERENCE

I hereby certify that I have complied with Local Rule CV-7. Specifically, I have conferred with counsel for Defendant who has confirmed that Defendant desires that this motion be filed jointly.

/s/ Califf T. Cooper
Califf T. Cooper