## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **MACROSOLVE, INC.,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CASE NO. 6:12-CV-743** |
| | § | |
| **AMERICAN EXPRESS COMPANY** | § | |
| **Defendant.** | § | |

## ORDER OF DISMISSAL OF AMERICAN EXPRESS COMPANY

Before the Court is Plaintiff MacroSolve, Inc. ("MacroSolve") and Defendant American

Express Company's ("American Express") joint motion to dismiss (Doc. No. 16). It is hereby

ORDERED that the motion is GRANTED and that all claims and counterclaims made by

MacroSolve and American Express against each other in this action are dismissed with prejudice.

Each party shall bear its own attorneys' fees and costs.

**It is SO ORDERED.**

**SIGNED this 29th day of January, 2013.**


_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE